IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |
|---|---|
| IN RE: APPLICATION OF THE UNITED STATES OF AMERICA FOR ORDER PURSUANT TO 18 U.S.C. § 2703(d) | **UNDER SEAL**<br><br>Case No. 1:20-DM-00012 (AJT) |

CONSENT MOTION TO EXTEND TIME TO RESPOND TO WARNER MEDIA'S OBJECTIONS TO AND APPEAL FROM MAGISTRATE JUDGE'S DENIAL OF MOTION TO QUASH OR MODIFY ORDER ISSUED PURSUANT TO 18 U.S.C. § 2703(d)

On November 9, 2020, Warner Media LLC ("Warner Media") filed a pleading objecting to and appealing from Magistrate Judge Theresa Carroll Buchanan's denial of its motion to quash or modify an order issued pursuant to 18 U.S.C. § 2703(d) ("Warner Media's Appeal"). Further, Warner Media noticed for December 2, 2020, a hearing on its objection and appeal. Based on the filing date, the government's response to Warner Media's appeal likely is due by November 23, 2020.

With the consent of Warner Media, the government moves this Court to extend to November 30, 2020, its deadline to respond to Warner Media's Appeal, and to continue the hearing date until December 16, 2020. The government requests this extension because it needs additional time for relevant equity holders within the Department of Justice to review its response.

As noted above, the government has conferred with counsel for Warner Media and they do not object to the requested extension or the new proposed hearing date. Warner Media provided its consent on the condition that the government does not object to Warner Media's

motion to extend the stay in this case until the proposed motion hearing date of December 16, 2020. The government does not object to that motion.

For the foregoing reasons, the government requests that the Court extend the deadline to respond to Warner Media's Appeal by seven days, to November 30, 2020, and continue the hearing date in this matter until December 16, 2020.

Respectfully submitted,

John C. Demers
Assistant Attorney General
National Security Division
United States Department of Justice

G. Zachary Terwilliger
United States Attorney

David Lim
Trial Attorney
Special Assistant United States Attorney
Virginia Bar No. 99999
Attorney for the United States
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 598-3449
David.Lim2@usdoj.gov

Gordon D. Kromberg
Assistant United States Attorney
Virginia Bar No. 33676
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700
(703) 837.8242 (fax)
gordon.kromberg@usdoj.gov

Certificate of Service

I hereby certify that on November 13, 2020, I transmitted the foregoing **MOTION TO EXTEND TIME TO RESPOND TO WARNER MEDIA'S OBJECTIONS TO AND APPEAL FROM MAGISTRATE JUDGE'S DENIAL OF MOTION TO QUASH OR MODIFY ORDER ISSUED PURSUANT TO 18 U.S.C. § 2703(d)** by email to below listed counsel of record:

> Brittany Amadi at Brittany.amadi@wilmerhale.com
> Aaron Zebley at aaron.zebley@wilmerhale.com
> Whitney Russell at whitney.russell@wilmerhale.com

Gordon D. Kromberg
Assistant United States Attorney
Virginia Bar No. 33676
Assistant United States Attorney
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3700
(703) 837.8242 (fax)
gordon.kromberg@usdoj.gov