IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: APPLICATION OF THE UNITED STATES OF AMERICA FOR ORDER PURSUANT TO 18 U.S.C. § 2703(d) | **UNDER SEAL**<br><br>Case No. 1:19-ec-1275 |

### ORDER PURSUANT TO 18 U.S.C. § 2703(d)

The United States has submitted an application pursuant to 18 U.S.C. § 2703(d), requesting that the Court issue an Order requiring Warner Media, LLC, to disclose the records and other information described in Attachment A to this Order.

The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought, are relevant and material to an ongoing criminal investigation.

The Court determines that there is reason to believe that notification of the existence of this Order will seriously jeopardize the ongoing investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates. *See* 18 U.S.C. § 2705(b)(2), (3), (5).

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that Warner Media, LLC shall, within ten days of the date of this Order, disclose to Federal Bureau of Investigation Special Agent Steven Jett (phone: 540.548.4543, email: ssjett@fbi.gov) the records and other information described in Attachment A to this Order.

IT IS FURTHER ORDERED that Warner Media, LLC shall not disclose the existence of the application of the United States, or the existence of this Order of the Court, to the subscribers of the account listed in Attachment A, or to any other person for two years following the date of this Order, except that Warner Media, LLC may disclose this Order to an attorney for Warner

Media, LLC for the purpose of receiving legal advice. This Order is subject to renewal upon a proper showing under 18 U.S.C. § 2705(b).

IT IS FURTHER ORDERED that the application and this Order are sealed until further order of the Court.

SO ORDERED:

Date:   7/15/20
        Alexandria, Virginia

/s/ IDD
Ivan D. Davis
United States Magistrate Judge

## ATTACHMENT A

I. **THE ACCOUNT(S)**

The Order applies to certain records and information associated with the following Warner Media, LLC account(s) **Barbara.starr@turner.com.**

II. **RECORDS AND OTHER INFORMATION TO BE DISCLOSED**

Warner Media, LLC is required to disclose the following records and other information, for the period between June 1, 2017 to July 31, 2017, if available, to the United States for each account or identifier listed in Part I of this Attachment ("Account"), for the duration that the account has been active:

  A. **The following information about the customers or subscribers of the Account:**
  1. Names (including subscriber names, user names, and screen names);
  2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail address);
  3. Local and long distance telephone connection records;
  4. Records of session times and durations, and the temporarily assigned network address (such as Internet Protocol ("IP") addresses) associated with those sessions;
  5. Length of service (including start date) and types of service utilized;
  6. Telephone or instrument numbers (including the registration Internet Protocol ("IP") address); and
  7. Means and source of payment for such service (including any credit card or bank account number) and billing records.

  B. **All records and other information (not including the contents of communications) relating to the Account, including:**
  1. Records of user activity for each connection made to or from the Account, including subject headers; log files; messaging logs; the date, time, length, and method of connections; data transfer volume; user names; and source and destination Internet Protocol addresses;
  2. Information about each communication sent or received by the Account, including the date and time of the communication, the method of communication, and the source and destination of the communication (such as source and destination email addresses, IP addresses, and telephone numbers).