UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



FILED AUG 27 2020
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| IN RE: APPLICATION OF THE UNITED STATES OF AMERICA FOR ORDER PURSUANT TO 18 U.S.C. § 2703(d) | **UNDER SEAL**<br><br>Case No. 1:19-ec-1275 |

## ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO ORDER ISSUED PURSUANT TO 18 U.S.C. § 2703(d)

Having considered the motion of Warner Media, LLC ("Warner Media") to extend the deadline to respond to the Court's order issued pursuant to 18 U.S.C. § 2703(d), and good cause appearing, it is hereby ORDERED that the motion is GRANTED. Warner Media shall produce records or information responsive to the order, or otherwise respond to the order, on or before September 11, 2020. *There will be no further extensions.*

**SO ORDERED.**

Date: 8/27/2020

United States Magistrate Judge

/s/
Theresa Carroll Buchanan
United States Magistrate Judge