IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: APPLICATION OF THE UNITED ) <br> STATES OF AMERICA FOR ORDER ) <br> PURSUANT TO 18 U.S.C. § 2703(d) ) <br> _____) | Case No. 1:20-dm-00012 (AJT) <br> **UNDER SEAL** |

## ORDER

Warner Media has filed its Objections to and Appeal from Magistrate Judge's Denial of Motion to Quash or Modify Order Issued Pursuant to 18 U.S.C. § 2703(d) [Doc. No. 1] (the "Objections"). The Court held a hearing on the Objections on December 16, 2020. Upon consideration of the Objections, the submissions in support thereof and in opposition thereto, the arguments of counsel, and for the reasons stated in open court, it is hereby

ORDERED that Warner Media's Objections to and Appeal from Magistrate Judge's Denial of Motion to Quash or Modify Order Issued Pursuant to 18 U.S.C. § 2703(d) [Doc. No. 1] be, and the same hereby is, GRANTED in part and DENIED in part. The Objections are GRANTED to the extent that the Magistrate Judge's Order dated October 26, 2020 be and the same hereby is, vacated, and the Order dated July 15, 2020 issued pursuant to 18 U.S.C. § 2703(d) is modified and limited to the requested production of non-content information sent or received from the email account Barbara.Starr@turner.com from government or military email addresses; and it is otherwise DENIED without prejudice to the Government's renewal of its broader request based on additional information; and it is further

ORDERED that Warner Media comply with the Order dated July 15, 2020, as modified herein, with production under this Order stayed until December 30, 2020; and it is further

ORDERED that Warner Media preserve all information originally ordered produced in the Order dated July 15, 2020.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
December 16, 2020