IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

**FILED JAN 2 6 2021 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA**

**UNDER SEAL**

| | |
|---|---|
| IN RE: APPLICATION OF THE UNITED STATES OF AMERICA FOR ORDER PURSUANT TO 18 U.S.C. § 2703(d) ) ) ) ) | Case No. 1:20-DM-00012 (AJT) |

GOVERNMENT'S WITHDRAWAL OF MOTION FOR
RECONSIDERATION OF DECEMBER 16, 2020 ORDER

On January 15, 2021, the United States moved for reconsideration of this Court's Order of December 16, 2020, granting in part and denying in part Warner Media's Objections to and Appeal from Magistrate Judge's Denial of Motion to Quash or Modify Order Issue Pursuant to 18 U.S.C. § 2703(d).

The United States now withdraws that motion.

Respectfully submitted,

Raj Parekh
Acting United States Attorney

Gordon D. Kromberg
Assistant United States Attorney
Virginia Bar No. 33676
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3700
(703) 837.8242 (fax)
gordon.kromberg@usdoj.gov

## Certificate of Service

I hereby certify that on January 26, 2021, I transmitted by email the foregoing GOVERNMENT'S WITHDRAWAL OF MOTION FOR RECONSIDERATION OF DECEMBER 16, 2020 ORDER, to the following:

Brittany Amadi at Brittany.amadi@wilmerhale.com
Aaron Zebley at aaron.zebley@wilmerhale.com
Whitney Russell at whitney.russell@wilmerhale.com

Gordon D. Kromberg
Assistant United States Attorney
Virginia Bar No. 33676
Assistant United States Attorney
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700
(703) 837.8242 (fax)
gordon.kromberg@usdoj.gov