UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: APPLICATION OF THE UNITED STATES OF AMERICA FOR ORDER PURSUANT TO 18 U.S.C. § 2703(d) | Case No. 1:20-DM-00012 |

**ORDER**

FOR THE REASONS set forth in Warner Media LLC's Consent Motion for Unsealing, it is hereby

**ORDERED** that Warner Media's Consent Motion for Unsealing is **GRANTED,** and it is hereby

**ORDERED** that the following documents filed in case no. 1:19-ec-1275 are hereby UNSEALED: (1) Warner Media's August 24, 2020 motion to extend time to respond; (2) the Government's August 26, 2020 opposition to the motion to extend time; (3) Judge Buchanan's August 27, 2020 order granting the motion to extend time; (4) Warner Media's September 11, 2020 motion to quash the § 2703(d) order; (5) the Government's September 24, 2020 opposition to the motion to quash; (6) Warner Media's September 30, 2020 reply in support of its motion to quash; (7) Judge Buchanan's October 7, 2020 order granting Warner Media's motion to quash; (8) the Government's October 9, 2020 motion for reconsideration of Judge Buchanan's order from the bench; (9) Warner Media's October 22, 2020 opposition to the motion for reconsideration; (10) the transcript of the motions hearing before Judge Buchanan on October 26, 2020; (11) Judge Buchanan's October 26, 2020 order granting the Government's motion for reconsideration; (12) Warner Media's October 30, 2020 motion to stay the October 26, 2020 order; and (13) Judge Buchanan's November 2, 2020 order granting Warner Media's motion to

stay.

**ORDERED** that the following documents filed in case no. 1:20-dm-12 are hereby UNSEALED: (1) Warner Media's November 9, 2020 objections to and appeal from Judge Buchanan's October 26, 2020 order (ECF No. 1); (2) the Government's November 13, 2020 consent motion to extend its deadline to respond (ECF No. 3); (3) Judge Trenga's November 17, 2020 order granting the consent motion to extend deadlines (ECF No. 4); (4) Warner Media's November 20, 2020 consent motion to extend the stay of Judge Buchanan's October 26, 2020 order (ECF No. 5); (5) Judge Trenga's November 23, 2020 order granting the consent motion to stay Judge Buchanan's October 26, 2020 order (ECF No. 6); (6) the Government's November 30, 2020 response in opposition to Warner Media's appeal (ECF No. 7); (7) Warner Media's December 7, 2020 reply in support of its appeal (ECF No. 8); (8) Judge Trenga's December 16, 2020 order granting in part and denying in part Warner Media's appeal (ECF No. 10); (9) the Government's January 15, 2021 motion for reconsideration of Judge Trenga's December 16, 2020 order (ECF No. 11); and (10) the Government's January 26, 2021 withdrawal of motion for reconsideration of December 16, 2020 order (ECF No. 13).

**ORDERED** that the following documents filed in case no. 1:19-ec-1275 shall remain under seal: (1) the July 14, 2020 *ex parte* application for a Section 2703(d) order; (2) the *ex parte* and classified addendum to the Government's September 24, 2020 opposition to the motion to quash; and (3) the *ex parte* and classified addendum to the Government's October 9, 2020 motion for reconsideration of Judge Buchanan's order from the bench.

**ORDERED** that the following documents filed in case no. 1:20-dm-12 shall remain under seal: (1) *ex parte* exhibits 1, 5A, and 8A to the Government's November 30, 2020 response in opposition to Warner Media's appeal (docketed as Attachments 1, 6, and 11 to

docket entry 7); and (2) the *ex parte* addendum to the Government's January 15, 2021 motion for reconsideration of Judge Trenga's December 16, 2020 order.

ENTERED this 10th day of June, 2021.

June 10, 2021
Alexandria, VA

/s/
Anthony J. Trenga
United States District Judge
The Honorable Anthony J. Trenga
United States District Judge