UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: APPLICATION OF THE UNITED STATES OF AMERICA FOR ORDER PURSUANT TO 18 U.S.C. § 2703(d) | Case No. 1:20-DM-00012 |

**PROPOSED ORDER**

Having considered Warner Media, LLC ("Warner Media")'s motion to unseal the remaining records filed under seal in the proceedings related to the above-captioned case, and for good cause,

IT IS HEREBY ORDERED that the following documents filed in Case No. 1:19-ec-1275: (1) the government's July 14, 2020 *ex parte* application for an order under 18 U.S.C. § 2703(d), (2) the government's *ex parte* and classified addendum to its September 24, 2020 opposition to Warner Media's motion to quash, (3) the government's *ex parte* and classified addendum to its October 9, 2020 motion for reconsideration of Judge Buchanan's order from the bench, and (4) any other documents filed under seal during the proceedings before Judge Buchanan, ARE UNSEALED.

IT IS FURTHER ORDERED that the following documents filed in Case No. 1:20-dm-12: (1) the government's *ex parte* exhibits 1, 5A, and 8A to its November 30, 2020 response in opposition to Warner Media's appeal (docketed as Attachments 1, 6, and 11 to docket entry 7), (2) the government's *ex parte* addendum to its January 15, 2021 motion for reconsideration of this Court's December 16, 2020 order, and (3) any other documents filed under seal during the

proceedings before this Court, ARE UNSEALED.

IT IS FURTHER ORDERED that, to the extent the government wishes to protect properly classified information, the government propose targeted redactions to avoid disclosing that information, by _____, 2021.

 

_____
Hon. Anthony J. Trenga
United States District Court Judge

RECEIVED

2021 AUG 27 P 4: 08