# EXHIBIT C



**U.S. Department of Justice**

Raj Parekh
Acting United States Attorney

Eastern District of Virginia

---

2100 Jamieson Ave.
Alexandria, VA 22314

May 13, 2021

**VIA FEDERAL EXPRESS**
Ms. Barbara Starr
CNN Washington Bureau
820 1st Street, NE
Washington, D.C. 20002

Dear Ms. Starr:

    Pursuant to 28 C.F.R. § 50.10, you are hereby notified that pursuant to legal process the United States Department of Justice ("DOJ") received toll records associated with the following telephone numbers for the period from June 1, 2017 to July 31, 2017: (202) 253-8494, (202) 515-2259, (202) 515-2260, and (703) 914-9193. Additionally, DOJ received certain non-content information associated with the following email accounts for the same period: barbarastarr1@comcast.net and Barbara.starr@turner.com.

Sincerely,

RAJ PAREKH
Acting United States Attorney

JOHN C. DEMERS
Assistant Attorney General

*Gordon D. Kromberg*
———————————————
Gordon D. Kromberg
Assistant United States Attorney
(703) 299-3700
Gordon.Kromberg@usdoj.gov

*David Lim*
———————————————
David Lim
Trial Attorney
(202) 514-0510
David.Lim2@usdoj.gov