IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

**UNDER SEAL**

| IN RE: APPLICATION OF THE UNITED | ) | |
| STATES OF AMERICA FOR ORDER | ) | CASE NO. 1:20-DM-00012 (AJT) |
| PURSUANT TO 18 U.S.C. § 2703(D) | ) | |

### CONSENT MOTION TO EXTEND TIME TO RESPOND TO
### WARNER MEDIA'S MOTION FOR UNSEALING REMAINING DOCUMENTS

On August 27, 2021, Warner Media LLC filed a pleading requesting this Court to unseal the remaining records that were previously filed under seal in 2020 in the proceedings related to the above-captioned case (the "Motion"). This Court later entered an order extending the government's response date to September 27, 2021.

With the consent of Warner Media, LLC ("Warner Media"), the government respectfully moves this Court to extend its response deadline to November 24, 2021. The government requests this extension because it needs additional time, assuming *arguendo* that it agrees to release additional information, to determine the scope of any additional releases and to consult with relevant equity holders within the U.S. Department of Justice and other government agencies. As noted above, the government has conferred with counsel for Warner Media and they do not object to the requested extension.

**CONCLUSION**

For the foregoing reasons, the government requests that the Court extend the deadline to respond to Warner Media's Motion to November 24, 2021.


Dated: September 24, 2021


                                                Respectfully submitted,

MARK J. LESKO                                   RAJ PAREKH
Acting Assistant Attorney General              Acting United States Attorney
National Security Division
United States Department of Justice


*Gordon Kromberg For David Lim*                 Gordon D. Kromberg *Digitally signed by Gordon D. Kromberg Date: 2021.09.24 16:01:31 -04'00'*
_____                  _____
David Lim                                       Gordon D. Kromberg
Trial Attorney                                  Assistant United States Attorney
National Security Division, DOJ                 Virginia Bar No. 33676
Virginia Bar No. 99999                          Attorney for the United States
Attorney for the United States                  2100 Jamieson Avenue
950 Pennsylvania Ave., NW                       Alexandria, VA  22314
Washington, DC 20530                            (703) 299-3700
(202) 598-3499                                  (703) 837.8242 (fax)
David.Lim2@usdoj.gov                            gordon.kromberg@usdoj.gov

<u>Certificate of Service</u>

I hereby certify that on September 24, 2021, I transmitted the foregoing **CONSENT MOTION TO EXTEND TIME TO RESPOND TO WARNER MEDIA'S MOTION TO UNSEAL REMAINING DOCUMENTS** by email to below listed counsel of record:

Brittany Amadi at Brittany.amadi@wilmerhale.com
Aaron Zebley at aaron.zebley@wilmerhale.com
Whitney Russell at whitney.russell@wilmerhale.com

Gordon D. Kromberg
Digitally signed by
Gordon D. Kromberg
Date: 2021.09.24
16:01:52 -04'00'

Gordon D. Kromberg
Assistant United States Attorney
Virginia Bar No. 33676
Assistant United States Attorney
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3700
(703) 837.8242 (fax)
gordon.kromberg@usdoj.gov